**Shores, Williamson & Ohaebosim, LLC**
*Attorneys and Counselors at Law*
1400 Epic Center
301 N. Main Street
Wichita, Kansas 67202
Phone: (316) 261-5400
Fax:    (316) 261-5404

FILED BY _____ D.C.

05 MAY 18 AM 9: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

TERRENCE MCFADGON, on behalf of ) Case No.: 05-2151-DV
themselves and all others similarly situated, )
) ORDER
Plaintiff, )
)
vs. )
)
THE FRESH MARKET, INC. )
)
Defendant. )
)

## ORDER

It is hereby ordered that the application to appear and participate in this action is hereby approved.

DATED this 17th of May, 2005.

_____
UNITED STATES DISTRICT CLERK

ORDER

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT