IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 MAY -6 PM 4: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TERRENCE McFADGON, on behalf of themselves and all other similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE FRESH MARKET, INC., )<br><br>Defendant. ) | Civil Action No.: 05 2151 DV |

## ORDER

Upon review and a finding of good cause shown, the Court accepts the Defendant's limited appearance and reservation of all defenses, including but not limited to those enumerated in Federal Rules of Civil Procedure 12, and grants the Defendant's Consent Motion to Extend Time to Respond. Defendant shall have until on or before June 12, 2005 to plea or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated this _6th_ day of _May_ 2005.

_____
~~HONORABLE BERNICE B. DONALD~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT