FILED BY ___ D.C.

05 JUN 10 PM 5: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

TERRENCE MCFADGON, on behalf of          )
 themselves and all others similarly situated,   )          Case No.: 05-2151-DV
                                                 )
          Plaintiff,                             )
                                                 )
v.                                               )
                                                 )
THE FRESH MARKET, INC.,                          )
                                                 )
          Defendant.                             )

## ORDER

It is hereby ordered that the application of Marylin E. Culp to appear and participate in

this action is hereby approved.

DATED this _10th_ day of ⟨June⟩, 2005.

_____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-14-03_

17



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Marylin E. Culp
LITTLER MENDELSON, P.C.
100 North Tryon Street
Ste. 4150
Charlotte, NC 28202

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Thomas P. Dowd
LITTLER MENDELSON, P.C.
1050  Connecticut Ave., NW
10th fl.
Washington, DC 20036

Honorable Bernice Donald
US DISTRICT COURT