IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
CASE NO. 05-2151-DV

FILED BY _____ D.C.

05 JUL 12 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| TERRENCE MCFADGON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FRESH MARKET, INC.,<br><br>Defendant. | Case No. 05-2151-DV |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendant The Fresh Market, Inc. ("Fresh Market") has filed a Motion For Leave To File A Reply Brief in connection with Defendant's Motion for Transfer of Venue. The Court, having reviewed the Motion and the Reply Brief that accompanies it, and it appearing to the Court that there is good cause to grant the Motion, the Motion to file a Reply Brief is GRANTED.

The Clerk is instructed to file Defendant Fresh Market Inc.'s Reply Memorandum, which is attached to Defendant's Motion in the record of this cause.

_____
U.S. District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas P. Dowd
LITTLER MENDELSON, P.C.
1050  Connecticut Ave., NW
10th fl.
Washington, DC 20036

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Marylin E. Culp
LITTLER MENDELSON, P.C.
100 North Tryon Street
Ste. 4150
Charlotte, NC 28202

Honorable Bernice Donald
US DISTRICT COURT