IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
CASE NO. 05-2151-DV

FILED BY _____ D.C.

05 AUG 18 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TERRENCE MCFADGON, on behalf of )
 themselves and all others similarly situated, )
)
    Plaintiff, )
)
v. )    Case No.: 05-2151-DV
)
THE FRESH MARKET, INC., )
)
    Defendant. )

## ORDER GRANTING CONSENT MOTION TO CONTINUE
## RULE 16(b) SCHEDULING CONFERENCE

Having reviewed and considered Defendant's Consent Motion to Continue Rule 16(b) Scheduling Conference and supporting memorandum, the Court finds that there is good cause to continue the Rule 16(b) Scheduling Conference set for August 25, 2005 at 9:30 a.m. and the Court hereby grants the motion to continue the conference to the date of September 20, 2005, at 9:30 a.m. The joint proposed scheduling order will be submitted no later than five (5) working days prior to the scheduling conference.

DATED this 17th day of August, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas P. Dowd
LITTLER MENDELSON, P.C.
1050  Connecticut Ave., NW
10th fl.
Washington, DC 20036

Marylin E. Culp
LITTLER MENDELSON, P.C.
100 North Tryon Street
Ste. 4150
Charlotte, NC 28202

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT