IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 AUG 31 PM 3: 53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

TERRENCE MCFADGON, on behalf of ) Case No.: 05-2151-DV
themselves and all others similarly situated, )
)
    Plaintiff, )
)
v. )
)
THE FRESH MARKET, INC., )
)
    Defendant. )

## ORDER

It is hereby ordered that the application of Thomas P. Dowd to appear and participate in this action is hereby approved.

DATED this 30th day of August, 2005.

_____

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Marylin E. Culp
LITTLER MENDELSON, P.C.
100 North Tryon Street
Ste. 4150
Charlotte, NC 28202

Thomas P. Dowd
LITTLER MENDELSON, P.C.
1150 17th Street, N. W., Suite 900
Washington, DC 20036

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Honorable Bernice Donald
US DISTRICT COURT