FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### CASE NO. 05-2151-DV

05 SEP 16  PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF   MEMPHIS

| | |
|---|---|
| TERRENCE MCFADGON, on behalf of themselves and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE FRESH MARKET, INC., | ) ) ) |
| Defendant. | ) ) |

Case No.:  05-2151-DV

## ORDER GRANTING MOTION TO CONTINUE
## RULE 16(b) SCHEDULING CONFERENCE

Having reviewed and considered Defendant's Motion to Continue Rule 16(b) Scheduling Conference and supporting memorandum, the Court finds that there is good cause to continue the Rule 16(b) Scheduling Conference that is currently set for September 20, 2005 and the Court hereby grants the motion to continue the conference to the date which is 28 days after the date that this Court rules on Defendant's Motion to Transfer Venue and Defendant's Motion to Dismiss and/or For a More Definite Statement.  The joint proposed scheduling order will be submitted no later than five (5) working days prior to the scheduling conference.

DATED this 16th day of September, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/  79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Thomas P. Dowd
LITTLER MENDELSON, P.C.
1150 17th Street, N. W., Suite 900
Washington, DC 20036

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Marylin E. Culp
LITTLER MENDELSON, P.C.
100 North Tryon Street
Ste. 4150
Charlotte, NC 28202

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Honorable Bernice Donald
US DISTRICT COURT