IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TERRENCE MCFADGON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE FRESH MARKET, INC.,<br><br>Defendant. | Case No.:05-2151-DV<br>MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO AMEND AND JOIN AN ADDITIONAL PLAINTIFF |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Plaintiff, Terrence McFadgon has filed a Motion for Leave to File Reply Memorandum In Support of His Motion to Amend and Join an Additional Plaintiff. The Court having reviewed the Motion and the Reply Memorandum that accompanies it, and it appearing to the Court that there is good cause to grant the Motion, the Motion to file a Reply Brief is hereby GRANTED.

The Clerk is instructed to file Plaintiff's Reply Memorandum, which is attached to Plaintiff's Motion in the record of this cause.

DATED: ~~October 19, 2005~~ October 31, 2005

Diane K. Vescovo
U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

-1-

ORDER   This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CV-02151 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Lawrence W Williamson
SHORES WILLIAMSON & OHAEBOSIM LLC
Epic Center 1400
301 N. Main
Wichita, KS 67202

Uzo L. Ohaebosim
SHORES WILLIAMSON & OHAEBOSIM, LLC
1400 Epic Center
301 North Main
Wichita, KS 67202

Steven Hymowitz
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas P. Dowd
LAKE TINDALL & THACKSTON
P.O. Box 918
Greenville, MS 38701

Marylin E. Culp
LITTLER MENDELSON, P.C.
100 North Tryon Street
Ste. 4150
Charlotte, NC 28202

Howard L. Cleveland
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT